UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOPETON Francis
_____

Write the full name of each plaintiff.

-against-

City of New York,
P.O. Evelyn OROPEZA Zuniga, 4070
Sergeant Luis Rodriguez
_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

No. 18 -cv- 6468 (GBD) (RWL)
(To be filled out by Clerk's Office)

AMENDED ☑
COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-19

I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _Human Civil Rights/False Arrest_

II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Hopeton_                    _K_                      _Francis_
First Name                  Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_3001900036_

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_RNDC_
Current Place of Detention

_11-11 HAZEN STREET_
Institutional Address

_Queens_                         _N.Y._              _11370_
County, City                    State               Zip Code

III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV.  DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| First Name | Last Name | Shield # |
|---|---|---|
| City of New York | | |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 2:

| First Name | Last Name | Shield # |
|---|---|---|
| Evelyn | Oropezazuniga | 4070 |

Current Job Title (or other identifying information): Police Officer

Current Work Address: 1 Central Park West

| County, City | State | Zip Code |
|---|---|---|
| NY | NY | 10023 |

Defendant 3:

| First Name | Last Name | Shield # |
|---|---|---|
| Luis | Rodriguez | ? |

Current Job Title (or other identifying information): Sergeant

Current Work Address: 1 Central Park West

| County, City | State | Zip Code |
|---|---|---|
| NY | NY | 10023 |

Defendant 4:

| First Name | Last Name | Shield # |
|---|---|---|
| | | |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 50th St Subway station (Downtown Area)

Date(s) of occurrence: On or about April 6, 2018

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On or about April 6, 2018 on the Downtown area 2 officers approach me and told me I am being arrested for "you know what you did." I said I wasn't done anything. they wrestled me to ground and started spraying me when I asked again what I did. The lady officer was telling the sergeant that this "asshole won't stop moving" whereby the sergeant also started spraying me saying "Damn this shit doesn't seem to bother him" as he continue to spray me in mouth and eyes. He also was bending my fingers and they had their knees on my back and arm. Case was dismissed on or about June 28, 2018. They Rough me up until I got to precint

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My fingers and back are messed up and I am mentally messed up behind this action. My eyes were really bad for a while and I have chest pains sometimes maybe from being sprayed in mouth and eyes.

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

I am asking for 2 million dollars in punitive damages. And if I was not arrested I would have been able to better help my wife and 2 twin boys 7 years old. I am severely depressed more so now. Thank you for your attention to this matter.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: March 6, 2019

Plaintiff's Signature: [signature]

First Name: Horeton
Middle Initial: K
Last Name: Francis

Prison Address: 11-11 Hazen Street

County, City: QNS
State: New York
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: March 6, 2019

Page 6

U.S. POSTAGE PAID
FCM LG ENV
ELMHURST, NY
11373
MAR 18, 19
AMOUNT
**$7.45**
R2304H108141-14

CERTIFIED MAIL

7003 1010 0002 6268 7865

United States District Court
Southern District of New York
Chambers of
ROBERT W. LEHRBURGER
United States Magistrate Judge
500 Pearl Street
New York, N.Y. 10007

USM SDNY
RETURN RECEIPT REQUESTED

RECEIVED
MAR 20 2019
CHAMBERS OF
ROBERT W. LEHRBURGER
U.S.M.J.

D & F