USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-17-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOPETON FRANCIS,                          :        18-cv-6468 (GBD) (RWL)

                Plaintiff,        :

                                  :

      - against -                              :        ORDER

                                  :

CITY OF NEW YORK, et al.,                 :

                                  :

                Defendants.     :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

An answer in this case was filed in April 2019. Since then, Plaintiff has been relocated to a different address of incarceration, and Plaintiff requested and was sent a copy of the Docket Sheet on November 12, 2019. Plaintiff also has requested appointment of pro bono counsel. (Dkt. 26.) Accordingly,

1. By January 10, 2020, Defendants shall submit a proposed case management plan and schedule.

2. Plaintiff's request for pro bono counsel is denied without prejudice to renew at a later juncture.

The Clerk is respectfully requested to terminate Dkt. 26.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2019
       New York, New York

Copies transmitted to all counsel of record and to:

Hopeton Francis

ID#3001900036
11-11 Hazen St.
E. Elmhurst, NY 11370