USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOPETON A. FRANCIS, : 18-cv-6468 (GBD) (RWL)
:
                     Plaintiff, : **ORDER**
:
           - against - :
:
CITY OF NEW YORK, et al., :
:
                    Defendants. :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This is a Section 1983 case in which Plaintiff alleges violation of his civil rights and resulting damages. Defendants are entitled to certain disclosures. To that end, by February 11, 2020, Defendants shall provide to Defendants (1) a completed 160.50 release for Plaintiff to sign so that Defendants can obtain information regarding Plaintiff's criminal case, and (2) a completed HIPAA release form for Plaintiff to sign so that Defendants can obtain relevant medical records. By February 25, 2020, Plaintiff shall sign the forms and provide them to Defendants.

                                   SO ORDERED.

                                  _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

Dated: January 28, 2020
       New York, New York

Copies transmitted to all counsel of record and mailed to:
    Hopeton A. Francis
    #3491906059
    N.I.C. 5-South
    1500 Hazen Street
    East Elmhurst, New York 11370