USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOPETON A. FRANCIS,                              :        18 Civ. 6468 (GBD) (RWL)
                                                 :
                        Plaintiff,               :        **ORDER**
                                                 :
        - against -                              :
                                                 :
CITY OF NEW YORK, et al.,                        :
                                                 :
                        Defendants.              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 28, 2020, the Court ordered Plaintiff to provide to Defendant no later than February 25, 2020, signed forms – specifically a 160.50 release and a HIPAA release – as provided by Defendants. By status report dated September 21, 2020, Defendants informed the Court that they served the requisite forms on Plaintiff but have not received from Plaintiff executed versions of the forms. Accordingly, by September 29, 2020, Defendants shall again serve Plaintiff (by mail to his currently listed address) with completed copies of the forms, with a cover letter and self-addressed stamped envelope; and a copy of this Order; the cover letter shall request Plaintiff to execute and return the forms in compliance with this Order. By October 23, 2020, Plaintiff shall return the executed forms to Defendants. By October 28, 2020, Defendants shall file a letter regarding status of the forms and the case. Plaintiff's failure to comply with this Order may result in dismissal of his case for failure to prosecute and/or as discovery sanctions. Defendants shall file proof of service of this Order and other materials by October 5, 2020.

Defense counsel shall send a copy of this Order to Plaintiff by mail within three days and file proof of such service on ECF. If counsel is unable to complete this mailing

2

as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    September 22, 2020
          New York, New York