UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOPETON A. FRANCIS,   :   18 Civ. 6468 (GBD) (RWL)
:
                Plaintiff,   :   **ORDER**
:
    - against -   :
:
CITY OF NEW YORK, et al.,   :
:
              Defendants.   :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 28, 2020, the Court ordered Plaintiff to provide to Defendants no later than February 25, 2020, signed forms – specifically a 160.50 release and a HIPAA release – as provided by Defendants. (Dkt. 37.)  By status report dated September 21, 2020, Defendants informed the Court that they served the requisite forms on Plaintiff but had not received from Plaintiff executed versions of the forms. (Dkt. 47.)

On September 15, 2020, a letter from Plaintiff informing the Court of a change of address appeared on the docket. (Dkt. 46.)

On September 22, 2020, the Court ordered Defendants to again serve Plaintiff (by mail to his newly identified address) with completed copies of the forms, a cover letter requesting Plaintiff to execute and return the forms, a self-addressed stamped envelope, and a copy of the order. (Dkt. 49.)  The order further directed that Plaintiff return the executed forms to Defendants by October 23, 2020.  The order further provided that Plaintiff's failure to comply with the order may result in dismissal of his case for failure to prosecute and/or as discovery sanctions.

On October 28, 2020, Defendants filed a letter informing the Court that they still had not received the requisite completed forms from Plaintiff. (Dkt. 52.)  Accordingly,

1

Plaintiff will be given a final opportunity to provide the completed forms and must do so **no later than November 25, 2020**.

On or after December 1, 2020, Defendants shall inform the Court whether they have received the completed forms from Plaintiff.

Plaintiff's failure to comply with this order may result in imposition of sanctions, including dismissal of the case for failure to prosecute.

Defense counsel shall send a copy of this order to Plaintiff by mail within three days and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

SO ORDERED.

_____

Dated:   October 29, 2020
         New York, New York

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE