```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOPETON A. FRANCIS,                        :        18-CV-6468 (GBD) (RWL)
                                           :
                        Plaintiff,         :
                                           :
           - against -                     :        ORDER
                                           :
CITY OF NEW YORK, et al.,                  :
                                           :
                        Defendants.        :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has renewed his request for appointment of counsel in this civil action. (Dkt. 56.) The request is denied without prejudice. Plaintiff still has not complied with the Court's previous orders to provide executed authorizations and forms. And although Plaintiff expresses concern that he is at risk of making errors in continuing pro se, Plaintiff has not provided any indication that he has even attempted to comply with the Court's orders or that he did not understand them. As previously ordered, if Plaintiff does not comply with the Court's October 29, 2020 order (Dkt. 53), sanctions may be imposed, including dismissal for failure to prosecute. If Plaintiff fully and timely complies with the Court's previous orders, the Court will then reconsider Plaintiff's request for appointment of pro bono counsel. Plaintiff's failure to comply with this order may result in imposition of sanctions, including dismissal of the case for failure to prosecute.

Defense counsel shall send a copy of this order to Plaintiff by mail within three days and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  November 13, 2020
        New York, New York

Copies transmitted this date to all counsel of record.