USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HOPETON A. FRANCIS,

                             Plaintiff,

        - against -

CITY OF NEW YORK, et al.,

                            Defendants.
-------------------------------------------------------------X

18-CV-6468 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Under the operative case management plan in this matter, the parties were scheduled to complete all discovery by May 27, 2020. (Dkt. 38.) Defendants, however, only recently received Plaintiff's HIPAA and 160.50 releases. (Dkt. 61.) Defendants are therefore instructed to provide the Court with their position on the status and proposed scheduling of this case by December 29, 2020.

                                      SO ORDERED.

                                 _____
                                 ROBERT W. LEHRBURGER
                                 UNITED STATES MAGISTRATE JUDGE

Dated: December 14, 2020
         New York, New York

Copies transmitted this date to all counsel of record and mailed to Mr. Francis at the following address:

    Hopeton A. Francis
    #349-2002-091
    V.C.B.C.
    1 Halleck Street
    Bronx, NY 10474