UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

HOPETON A. FRANCIS,

                              Plaintiff,

          - against -

CITY OF NEW YORK, POLICE OFFICER
EVELYN OROPEZAZUNIGA, AND
SERGEANT LUIS RODRIGUEZ,

                              Defendants.

--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020

18-CV-6468 (GBD) (RWL)

**ORDER OF SERVICE**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     The Court is in receipt of the status report submitted by Defendants (Dkt. 64). With respect to the two officers named in the amended complaint, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for Defendants Police Officer Evelyn Oropezazuniga and Sergeant Luis Rodriguez at the addresses listed in the Complaint:

          Police Officer Evelyn Oropezazuniga
          Shield Number 4070
          1 Central Park West
          New York, NY 10023

          Sergeant Luis Rodriguez
          1 Central Park West
          New York, NY 10023

     The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon those Defendants.

     It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for

1

service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

Within thirty days following service on both named officers, the parties shall meet and confer and submit a revised proposed schedule for the remainder of the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  December 30, 2020
        New York, New York

Copies transmitted this date to all counsel of record.  The Clerk's Office is directed to mail a copy of this Order to Plaintiff at the following address and note service on the docket:

Hopeton A. Francis
#349-2002-091
V.C.B.C.
1 Halleck Street
Bronx, NY 10474

2