**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HOPETON A. FRANCIS,

                        Plaintiff,

    -against-                                 18 **CIVIL** 6468 (GBD)(RWL)

## **JUDGMENT**

CITY OF NEW YORK, POLICE OFFICER
EVELYN OROPEZUNIGA, AND SERGEANT
LUIS RODRIGUEZ,

                        Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated May 24, 2022, Magistrate Judge Lehrburger's Report is ADOPTED in full. Plaintiff's Amended Complaint is dismissed in its entirety.

**Dated:**  New York, New York

       May 24, 2022

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                **BY:**     K. Mango
                                                             **Deputy Clerk**